Simranjit Kaur (SBN 309239)
Info@kaurlawyer.com
The Law Office of Simran Kaur
122 East 12th Street,
Tracy, CA. 95376
Telephone: (925)817-0209

*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

JUAN GARCIA VALLARTA,

Petitioner,

v.

CHRISTOPHER CHESTNUT, Warden of the California City Detention Facility, et al.,

Respondents.

CASE NO. 1:26-cv-08296-VC

**STIPULATION TO EXTEND PETITIONER'S REPLY DEADLINE; ~~[PROPOSED]~~ ORDER**

## STIPULATION

Petitioner Juan Garcia Vallarta and Respondents, through their counsel of record, stipulate as follows:

1. Petitioner filed his Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order without counsel on October 9, 2026. ECF Nos. 1, 4. On October 13, 2026, the Court ordered Respondents to answer within five court days and permitted Petitioner to reply within nine court days, and found that the case would benefit from the appointment of counsel. ECF No. 8. Counsel for Petitioner was appointed on October 15, 2026. ECF No. 9. Respondents filed their Answer on October 19, 2026. ECF No. 10. Under the Court's order, Petitioner's reply is due October 26, 2026.

2. Petitioner is detained at the California City Detention Facility and can communicate with counsel only through the facility's legal-call and legal-mail procedures. Appointed counsel has interviewed Petitioner through an interpreter and has prepared his declaration, but requires a short additional period to obtain Petitioner's signature through the facility and to obtain records from the Fourth Judicial District Court in Heber City, Utah and from Petitioner's family in Utah that bear on the issues raised in Respondents' Answer.

3. Counsel for the parties met and conferred by telephone on October 26, 2026. Respondents do not oppose the brief extension requested here. No prior extension of this deadline has been requested or granted.

4. The parties therefore stipulate, subject to the Court's approval, that Petitioner's reply shall be due on or before Monday, November 2, 2026. The matter will then stand submitted unless the Court orders otherwise.

5. This stipulation does not alter the Court's October 13, 2026 order prohibiting Respondents from removing Petitioner from the Eastern District of California while the Petition is pending. ECF No. 8. Petitioner remains detained, and nothing in this stipulation waives or limits any claim regarding the length or lawfulness of his detention.

IT IS SO STIPULATED.

Dated: October 26, 2026

THE LAW OFFICE OF SIMRAN KAUR

/s/ Simranjit Kaur
Simranjit Kaur (SBN 309239)
Appointed Counsel for Petitioner
Juan Garcia Vallarta

Dated: October 26, 2026

ERIC GRANT
United States Attorney

/s/ Jonathan H. Yu (as authorized on 10/26/2026)
Jonathan H. Yu
Assistant United States Attorney
Attorneys for Respondents

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that Petitioner's reply in support of the Petition for Writ of Habeas Corpus shall be filed on or before Monday, November 2, 2026. The Court's order of October 13, 2026 (ECF No. 8) otherwise remains in effect, including its prohibition on removing Petitioner from the Eastern District of California while the Petition is pending.

IT IS SO ORDERED.

Dated: October 28, 2026



VINCE CHHABRIA

United States District Judge